AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| United States of America<br>v.<br><br>Ryder Storm Jenkins<br><br>_Defendant_ | )<br>)   Colorado Case: 22-mj-00167-NRN<br>)   Case No.  18-CR-103-S1 / 19-CR-57-S1<br>)<br>)                **FILED**<br>)   **UNITED STATES DISTRICT COURT**<br>)            **DENVER, COLORADO**<br>       _10:39 am, Oct 05, 2022_<br>    **JEFFREY P. COLWELL, CLERK** |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   RYDER STORM JENKINS                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:


Date:   04/25/2022
                                                                                        _Issuing officer's signature_

City and state:   Casper, Wyoming                                    Margaret Botkins, Clerk of Court
                                                                                         _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____<br>at _(city and state)_ _____<br><br>Date: _____<br>                                                                                 _Arresting officer's signature_<br><br>                                                                                 _Printed name and title_ |