IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     22-mj-00167-NRN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

RYDER JENKINS,

       Defendant.

_____

NOTICE OF APPEARANCE
_____

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/ Mary V. Butterton
       MARY V. BUTTERTON
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Mary_Butterton@fd.org
       Attorney for Defendant

**CERTIFICATE OF SERVICE**

       I hereby certify that on October 12, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Albert C. Buchman, Assistant United States Attorney
    Email: al.buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Ryder Jenkins (via U.S. Mail)

                                                  s/ Mary V. Butterton
                                                  MARY V. BUTTERTON
                                                  Assistant Federal Public Defender
                                                  633 17th Street, Suite 1000
                                                  Denver, CO  80202
                                                  Telephone:  (303) 294-7002
                                                  FAX:  (303) 294-1192
                                                  Mary_Butterton@fd.org
                                                  Attorney for Defendant